EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 67 |
| Aprobación de Cambio de Estatus Inactivo de mayo de 2025 | 216 DPR ___ |

Número del Caso: EM-2025-0007

Fecha: 25 de junio de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de mayo de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de mayo de 2025          EM-2025-0007

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de junio de 2025.

Durante el periodo de mayo de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| José Bolívar Aponte Colón | 3,824 |
| Héctor M. Miranda Hernández | 4,769 |
| Paulette Lavergne Cuyar | 6,555 |
| Alma Méndez Ríos | 6,560 |
| Evelyn Hernández Sanabria | 6,733 |
| María E. Santiago Santana | 7,655 |
| María H. Perdomo Ferrer | 9,182 |
| Annette M. Sanabria Figueroa | 11,495 |
| Paula Lebrón López | 12,822 |
| Larissa C. Garriga Cesani | 14,719 |
| Graciella Malpica Rivera | 17,170 |
| Susana Godoy Cruz | 19,645 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                               Secretario del Tribunal Supremo